IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TODD CARMER, DC,

    Defendant.

---

COMPLAINT - CLAIM FOR DEBT

---

Plaintiff, United States of America, acting through the United States Attorney for the District of Colorado, alleges:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1345.

2. The defendant, Todd Carmer, DC, is a resident of the State of Colorado.

3. Defendant is indebted to the plaintiff in the principal amount of $125,673.08, plus interest computed at the current variable rate of 3.125 percent per annum in the amount of $1,269.59 as of August 24, 2012, plus additional pre-judgment interest which has accrued at the variable rate set forth in the promissory note, since August 24, 2012.  See Exhibit A, Certificate of Indebtedness, and Exhibit B, copy of Promissory Note, attached hereto and incorporated herein.[1]

---

[1] The United States has the original promissory note and will provide it to the Court when judgment is entered.

4.  Plaintiff has made demand upon the defendant for the amount due, but the amount due remains unpaid.

Wherefore, the plaintiff prays for judgment in the total amount of $126,942.67, plus pre-judgment interest from August 24, 2012, to the date of judgment, plus post-judgment interest pursuant to 28 U.S.C. Section 1961, and costs.

Dated this  23  day of October, 2012.

    Respectfully submitted,

    JOHN F. WALSH
    United States Attorney


    s/ Tonya Andrews
    TONYA ANDREWS
    Assistant U.S. Attorney
    1225 Seventeenth Street, Suite 700
    Denver, CO 80202
    303-454-0100
    Fax:  303-454-0407
    Tonya.andrews@usdoj.gov

    Attorneys for Plaintiff
    United States of America

SUMMONS IN A CIVIL ACTION

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

UNITED STATES OF AMERICA,

      Plaintiff,                        CIVIL ACTION NO._____

      v.

TODD CARMER, DC,

      Defendant.

To the above named defendant(s):    TODD CARMER, DC

You are hereby summoned and required to serve upon plaintiff's attorney, whose address is:

                                  JOHN F. WALSH
                                  United States Attorney
                                  District of Colorado
                                  1225 Seventeenth Street, Suite 700
                                  Denver, CO 80202

                                  Tonya Andrews
                                  Assistant U.S. Attorney
                                  303-454-0100

AND FILE WITH THE CLERK OF THE COURT
an answer to the complaint which is herewith served upon you, within 21 days of service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

                                  JEFFREY P. COLWELL

                                  Clerk of the Court

                                  Deputy Clerk

Dated: October 22, 2012                                                         (Seal of Court)
Clerk, U.S. District Court, 901 19th St., A-105 U.S. Courthouse, Denver, Colorado 80294
**Note:**   This summons is issued pursuant to Rule 4 of the Federal Rules of Civil Procedure